**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **JONATHAN HALLORAN-KOREN,**<br>Plaintiff,<br><br>v.<br><br>**U.S. DEPARTMENT OF HOMELAND SECURITY,**<br>**U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, and**<br><br>**U.S. CITIZENSHIP AND IMMIGRATION SERVICES,**<br>Defendants. | Civil Action No. ________________<br><br>**COMPLAINT FOR INJUNCTIVE AND DECLARATORY RELIEF**<br><br>**(Freedom of Information Act and Privacy Act)** |

Plaintiff Jonathan Halloran-Koren, proceeding *pro se*, alleges as follows:

## NATURE OF THE ACTION

1. This is an action under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, and the Privacy Act, 5 U.S.C. § 552a, to compel Defendants to make a lawful determination and promptly produce agency records responsive to Plaintiff's first-party request for records about himself.

2. On February 10, 2026, Plaintiff submitted a FOIA/Privacy Act request to U.S. Immigration and Customs Enforcement ("ICE") through the SecureRelease™ portal, assigned Request No. 2026-ICPA-00062.

3. The request sought records about Plaintiff held by ICE and records contained in, associated with, or cross-referenced through the Systematic Alien Verification for Entitlements ("SAVE") program. As a DHS enforcement component, ICE routinely queries and